**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01054-CR

**LAWAN NAVAIL FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-56688-J**

## ORDER

The Court **ORDERS** court reporter Kimberly Xavier to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 5 and 6.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to Kimberly Xavier, official court reporter, Criminal District Court No. 3, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE